IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CASE NO.: <u>5:95-MG-005</u> |
| | * | |
| TIMOTHY NEWMAN BROWN | * | |

### MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. Section 3142(e) and (f).

1. <u>Eligibility of Case:</u> This case is eligible for a detention order because the case involves:

    __X__ Crime of violence [Title 18 U.S.C. 3156]

    __X__ Maximum sentence of LIFE imprisonment or death

    __X__ Controlled Substance offense punishable by 10 or more years

    ____ Felony with 2 prior convictions in above categories

    __X__ Serious risk that the Defendant will flee

    ____ Serious risk that Defendant will obstruct justice

2. <u>Reason for Detention.</u> The Court should detain the Defendant because there are no conditions of release which would reasonably assure:

    __X__ Defendant's appearance as required

    __X__ The safety of the community

    ____ The safety of another person.

GOVERNMENT'S MOTION
FOR PRETRIAL DETENTION - Page 1

3. The United States will invoke a rebuttable presumption against the Defendant because:

   __X__ there is probable cause to believe that the Defendant has committed a Controlled Substance Offense punishable by 10 or more years imprisonment

   __X__ there is probable cause to believe that the Defendant has committed a firearms offense under Title 18, United States Code, Section 924(c)

4. <u>Time for Detention Hearing</u>. The United States requests the Court to conduct the detention hearing

   ___ at the Defendant's first appearance

   __X__ After a continuance of __10__ days pursuant to Title 18, United States Code, Section 3142(d)(1)(A)(i).

> Respectfully submitted,
>
> PAUL E. COGGINS
> UNITED STATES ATTORNEY
>
> JOHN P. BRADFORD
> Assistant United States Attorney
> State Bar of Texas #02818300
> 801 Cherry Street, Room 1700
> Fort Worth, Texas 76102
> (817) 334-3291

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: 1-20-95

*[signature]*
JOHN P. BRADFORD
Assistant United States Attorney

GOVERNMENT'S MOTION
FOR PRETRIAL DETENTION - Page 2